UNITED STATES of America, Plaintiff—Appellee,

v.

**Leoncio CHIMEO–REYES, aka Chino, Defendant—Appellant.**

No. 01–10136.

D.C. No. CR–99–01080–JMR.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 14, 2002 *.

Decided Jan. 24, 2002.

Before KLEINFELD, HAWKINS, and SILVERMAN, Circuit Judges.

## MEMORANDUM **

Leoncio Chimeo–Reyes, aka Chino, appeals his conviction by guilty plea and sentence for conspiracy to harbor and transport illegal aliens, in violation of 8 U.S.C. §§ 1324(a)(1)(A)(v)(1) and (a)(1)(B)(i). Chimeo–Reyes' attorney has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and a motion to withdraw on the ground that the appeal is without merit and frivolous.

Chimeo–Reyes' plea agreement contains an express waiver of the right to appeal the judgment and sentence. Because our

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

independent review of the record indicates that the plea agreement, including the waiver of the right to appeal, was entered knowingly and voluntarily, *United States v. Aguilar–Muniz,* 156 F.3d 974, 976 (9th Cir.1998), we enforce the waiver, GRANT counsel's motion to withdraw, and DISMISS the appeal.